IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY HARRIS,**
**DOC # M38811,**

      **Plaintiff,**

v.                                            Case No.  **4:17cv298-MW/CAS**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS,**

      **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5.   Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This case is **DISMISSED** because removal of a case by a Plaintiff is not permissible." The Clerk is directed to note on the docket this case is dismissed pursuant to 28

U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on July 20, 2017.**

                                                        **s/Mark E. Walker**
                                                        **United States District Judge**